

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2021

No. 04-21-00260-CR

Norberto **ADAME**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2019CRB000094D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

On June 28, 2021, appellant Norberto Adame filed a notice of appeal from a judgment of conviction. On July 15, 2021, the trial court reporter filed a notification of late record, stating that he anticipates the record to be over 1,000 pages with numerous exhibits. The reporter further notified this court that appellant was not entitled to appeal without paying the reporter's fee and that appellant had failed to pay the fee or make arrangements to pay the fee. On July 16, 2021, we ordered appellant to provide written proof that appellant had paid the fee or made arrangements to pay the fee or provide proof that he is entitled to appeal without paying the reporter's fee. On July 26, 2021, appellant filed a motion for a free reporter's record. He states in his motion that he is unable to pay for or give security for the reporter's record, and he requests an evidentiary hearing to provide proof of inability to pay or give security.

In light of the foregoing, we **ORDER** appellant to file by **August 23, 2021**, an affidavit regarding his purported inability to afford the payment of court costs. Appellant may complete and file the form approved by the Texas Supreme Court, which is attached to this order.

_Rebeca C. Martinez_
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2021.



FILE COPY

_____
MICHAEL A. CRUZ, Clerk of Court